1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Albert P. Bedecarré (Bar No. 148178)
2    albedecarre@quinnemanuel.com
     Matthew Cannon (Bar No. 252666)
3    matthewcannon@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California 94111
   Telephone:    (415) 875-6600
5  Facsimile:    (415) 875-6700

6  Attorneys for Plaintiff
   IPSEN BIOPHARM LIMITED
7

8  MORRISON & FOERSTER LLP
     James W. Huston (Bar No. 115596)
9    JHuston@mofo.com
     Lawrence R. Katzin (Bar No. 142885)
10   LKatzin@mofo.com
     Kimberly R. Gosling (Bar No. 247803)
11   KGosling@mofo.com
   12531 High Bluff Drive, Suite 100
12 San Diego, California 92130-2040
   Telephone:    (858) 720-5100
13 Facsimile:    (858) 720-5125

14 Attorneys for Defendant
   BAYER HEALTHCARE LLC
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IPSEN BIOPHARM LIMITED, a United Kingdom corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>BAYER HEALTHCARE LLC,<br><br>              Defendant. | CASE NO. CV 09-0394 (WHA)<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |

---

1                                                                  Case No. CV 09-0394 (WHA)
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a) and Civil Local Rule 7-12, Plaintiff Ipsen Biopharm Limited ("Ipsen") and Defendant Bayer HealthCare LLC ("Bayer"), through their respective counsel of record, stipulate as follows:

1. All claims in Ipsen's Complaint for Damages and Other Relief, pending in this Court following removal by Bayer as Case No. CV 09-0394 (WHA), are dismissed with prejudice.

2. Ipsen and Bayer shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the above-referenced action.

DATED: April 30, 2009            QUINN EMANUEL URQUHART
                                 OLIVER & HEDGES, LLP


                                 By /s/ Albert P. Bedecarré
                                    Albert P. Bedecarré
                                    Attorneys for Plaintiff
                                    IPSEN BIOPHARM LIMITED

DATED: April 30, 2009            MORRISON & FOERSTER LLP


                                 By /s/ Lawrence R. Katzin
                                    Lawrence R. Katzin
                                    Attorneys for Defendant
                                    BAYER HEALTHCARE LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 1, 2009              _____
                                HON. WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE